IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

KEVIN M. SMITH, for and on )
behalf of K.M.J. International, )
Inc., and KEVIN M. SMITH, )
)
        Plaintiffs, )
)
  v. )    1:10CV673
)
U.S. GOVERNMENT, U.S. )
TREASURY DEPARTMENT, INTERNAL )
REVENUE SERVICE, NOREEN BAVARO, )
I.R.S. Agent, )
)
        Defendants. )

## ORDER

On November 1, 2010, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 8 and 9.) No objections were filed within the time limits prescribed by Section 636.

Therefore, the Court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that, to the extent "Plaintiffs [sic] Response to Magistrate [sic] Decision with Motions by Plaintiffs" (Doc. 6) sets forth a dispositive motion seeking judgment against Defendants, said motion is **DENIED.**

This the 28th day of February, 2013.

                                         /s/ William L. Osteen, Jr.
                                         United States District Judge